UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

      Plaintiff,

CRIMINAL NO. 20-cr-20187

vs.

HON. GEORGE CARAM STEEH
United States District Judge

D-1  BILLY ARNOLD,
      a.k.a. "B-Man",
      a.k.a. "Berenzo,"
      a.k.a. "Killa,"

      Defendant.



FILED
JUN - 2 2022
CLERK'S OFFICE
U.S. DISTRICT COURT

## DEFENDANT'S ACKNOWLEDGMENT
## OF FIRST SUPERSEDING INDICTMENT

    I, BILLY ARNOLD, defendant in this case, hereby acknowledge that I have received a copy of the First Superseding Indictment before entering my plea, and that I have read it and understand its contents.

    I know that if I am convicted or plead guilty, I may be sentenced as follows:

Counts 1, 2, and 3: Up to ten (10) years imprisonment and a fine of not more than $250,000.

Count 4: Imprisonment for at least 10 years, up to life, and a fine of not more than $250,000. Imprisonment on Count 4 must be consecutive to any other term of imprisonment.

6/2/22

_____
BILLY ARNOLD
Defendant

_____
Attorney for deft